FILE COPY

No. 07-17-00242-CR

| | | |
|---|---|---|
| Gavin Scott Kerr<br>    Appellant | § | From the 181st District Court<br>    of Randall County |
| | § | |
| v. | | October 30, 2018 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Parker |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 30, 2018, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o